## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Elyania P. Blakely-Johnson | Chapter 13 |
| 1204 Woodglen Avenue | Case No. 16-48533 |
| Ypsilanti, MI 48198 | Judge Mark A. Randon |

Debtor(s).

XXX-XX- 6578

_____/

## VOLUNTARY PETITION TO CONVERT
## CHAPTER 13 TO CHAPTER 7

The above captioned Debtor filed a Chapter 13 Bankruptcy on June 10, 2016; the Debtor alleges that this case has not been previously converted; and the Debtor desires to convert her case to Chapter 7.

Date: July 21, 2016

Respectfully Submitted,

Attorney /s/ Thomas Paluchniak
**Thomas Paluchniak P70284**
**Babut Law Offices, PLLC**
**Attorney for the Debtor**
**700 Towner Street**
**Ypsilanti, MI 48198**
**734-485-7000**
**tpaluchniak@babutlaw.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

   Elyania P. Blakely-Johnson                    Chapter 13
   1204 Woodglen Avenue                       Case No. 16-48533
   Ypsilanti, MI 48198                           Judge Mark A. Randon

   Debtor(s).

   XXX-XX- 6578

_____/

## STATEMENT OF DEBTS, EXECUTORY
## CONTRACTS AND PROPERTY PURSUANT TO BCR 1019(5)

(A) Statement of new debts:

**None**

(B) Statement of new property:

**None**

(C) Statement of executory contracts:

**None**

(D) Statement of new Supplemental Matrix:

**None**

I certify under penalty of perjury that the above is true to the best of my knowledge, information and belief.

Date **July 21, 2016**           Signature **/s/ Elyania P. Blakely Johnson**
                                                        Elyania P. Blakely Johnson
                                                        Debtor