**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

| | |
|---|---|
| Elyania P. Blakely-Johnson | Chapter 13 |
| 1204 Woodglen Avenue | Case No. 16-48533 |
| Ypsilanti, MI 48198 | Judge Mark A. Randon |

Debtor(s).

XXX-XX- 6578

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, a copy of the **Voluntary Petition to Convert Chapter 13 to Chapter 7** was served electronically or by regular United States mail to all interested parties.

/s/ Thomas H. Paluchniak
**Thomas H. Paluchniak (P70284)**
**BABUT LAW OFFICES, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000**
**Fax:(734) 485-6251**
**tpaluchniak@babutlaw.com**